**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jamie A. Frost, Esq.
Nevada Bar No. 11507
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jfrost@maclaw.com
    Attorneys for Plaintiff,
      Tara Minerals Corp.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TARA MINERALS CORP., a Nevada corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>CARNEGIE MINING AND EXPLORATION, INC. a Panamanian corporation,<br><br>      Defendant.<br><br>AND ALL RELATED MATTERS | Case No.: 2:11-cv-01816-APG-GWF<br><br>*consolidated with*<br><br>Case No.: 2:12-cv-01295-MMD-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff/Counterdefendant/Counterclaimant Tara Minerals Corp., Defendants/ Counterclaimants Tom Claridge, Jeff Holt and Steve Eady; Third Party Defendant Pittsburgh Mineral & Environmental Technology, Inc. and Third Party Defendant American Metal Mining, S.A. de C.V., by and through their attorneys, Marquis Aurbach Coffing; Third Party Defendant Harsco Corporation, by and through its attorneys, Bremer Whyte Brown & O'Meara; and Defendant/Counterclaimant/Third Party Plaintiff Carnegie Mining and Exploration, Inc. and CME Operations, LLC, by and through their attorneys, Lewis and Roca, hereby agree and

MAC:12340-001 1942806_1 8/26/2013 8:28 AM

stipulate that Case Nos. 2:11-cv-01816-MMD-GWF and 2:12-cv-01295-MMD-GWF are hereby dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated this 26th day of August, 2013

Dated this 26th day of August, 2013

MARQUIS AURBACH COFFING

LEWIS AND ROCA LLP

By____/s/ Terry A. Coffing_____
   Terry A. Coffing, Esq.
   Nevada Bar No. 4949
   Jamie A. Frost, Esq.
   Nevada Bar No. 11507
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Attorneys for Plaintiff/
   Counterdefendant/Third Party Defendant
   Tara Minerals Corp.

By____/s/ W. West Allen_____
   W. West Allen, Esq.
   Nevada Bar No. 5566
   Jonathan W. Fountain, Esq.
   Nevada Bar No. 10351
   3993 Howard Hughes Pkwy., Ste. 600
   Las Vegas, NV 891690
   Attorneys for Third Party Plaintiff,
   Counterclaimant and Defendant Carnegie
   Mining and Exploration, Inc.

Dated this 26th day of August, 2013

BREMER WHYTE BROWN &
  O'MEARA LLP

By____/s/ Anthony T. Garasi_____
   Nelson L. Cohen, Esq.
   Nevada Bar No. 7657
   Anthony T. Garasi, Esq.
   Nevada Bar No. 11134
   7670 W. Lake Mead Blvd., Ste. 225
   Las Vegas, NV 89128
   Attorney for Third-Party Defendant Harsco
   Corporation

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 26, 2013.