**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jamie A. Frost, Esq.
Nevada Bar No. 11507
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jfrost@maclaw.com
   Attorneys for Plaintiff,
     Tara Minerals Corp.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TARA MINERALS CORP., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CARNEGIE MINING AND EXPLORATION, INC. a Panamanian corporation, <br><br> Defendant. <br><br> AND ALL RELATED MATTERS | Case No.: 2:11-cv-01816-APG-GWF <br><br> *consolidated with* <br><br> Case No.: 2:12-cv-01295-MMD-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff/Counterdefendant/Counterclaimant Tara Minerals Corp., Defendants/ Counterclaimants Tom Claridge, Jeff Holt and Steve Eady; Third Party Defendant Pittsburgh Mineral & Environmental Technology, Inc. and Third Party Defendant American Metal Mining, S.A. de C.V., by and through their attorneys, Marquis Aurbach Coffing; Third Party Defendant Harsco Corporation, by and through its attorneys, Bremer Whyte Brown & O'Meara; and Defendant/Counterclaimant/Third Party Plaintiff Carnegie Mining and Exploration, Inc. and CME Operations, LLC, by and through their attorneys, Lewis and Roca, hereby agree and

MAC:12340-001 1942806_1 8/26/2013 8:28 AM

stipulate that Case Nos. 2:11-cv-01816-MMD-GWF and 2:12-cv-01295-MMD-GWF are hereby dismissed with prejudice with each party to bear their own attorneys fees and costs.

| Dated this 26th day of August, 2013 | Dated this 26th day of August, 2013 |
|---|---|
| MARQUIS AURBACH COFFING | LEWIS AND ROCA LLP |
| By  /s/ Terry A. Coffing | By  /s/ W. West Allen |
| Terry A. Coffing, Esq.<br>Nevada Bar No. 4949<br>Jamie A. Frost, Esq.<br>Nevada Bar No. 11507<br>10001 Park Run Drive<br>Las Vegas, Nevada  89145<br>Attorneys for Plaintiff/<br>Counterdefendant/Third Party Defendant<br>Tara Minerals Corp. | W. West Allen, Esq.<br>Nevada Bar No. 5566<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV 891690<br>Attorneys for Third Party Plaintiff,<br>Counterclaimant and Defendant Carnegie Mining and Exploration, Inc. |

Dated this 26th day of August, 2013

BREMER WHYTE BROWN & O'MEARA LLP

By  /s/ Anthony T. Garasi
  Nelson L. Cohen, Esq.
  Nevada Bar No. 7657
  Anthony T. Garasi, Esq.
  Nevada Bar No. 11134
  7670 W. Lake Mead Blvd., Ste. 225
  Las Vegas, NV 89128
  Attorney for Third-Party Defendant Harsco Corporation

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 26, 2013.

MAC:12340-001 1942806_1 8/26/2013 8:38 AM